## Sylvester J. Domino, Appellant, v. National Casualty Company, Appellee.

### Gen. No. 42,803.

Heard in the first division, first district, this court at the October term, 1943; opinion filed January 24, 1944. Isidore Fried, for appellant; Bernard A. Stol, of counsel; Donald M. Roche, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.